ACCEPTED
01-15-00006-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/12/2015 2:23:46 PM
CHRISTOPHER PRINE
CLERK

## BEIRNE, MAYNARD & PARSONS, L.L.P.

1300 POST OAK BOULEVARD

SUITE 2500

HOUSTON, TEXAS 77056-3000

N. TERRY ADAMS, JR.
PARTNER

(713) 623-0887

FAX (713) 960-1527

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/12/2015 2:23:46 PM
CHRISTOPHER A. PRINE
Clerk

January 12, 2015

Christopher A. Prine
Clerk, First Court of Appeals
301 Fannin
Houston, Texas 77002-2066

> Re: 01-15-00006-CV; *Paula Hill et. al. v. Baylor College of Medicine et. al.*

### Parties' Joint Notice of Impending Settlement

Dear Mr. Prine:

The appellants and appellees in the above-captioned appeal jointly inform the Court that they are in the process of settling this case. The parties expect to finalize their settlement very shortly. Once the settlement agreement is signed, the appellants will file a motion with the Court this week to dismiss the appeal.

Due to their impending settlement, the parties also jointly request that the Court abate consideration of appellants' pending Motion to Extend Time for Filing Notice of Appeal and also correspondingly abate appellees' deadline to file a response thereto. That pending motion will become moot upon dismissal of the appeal.

Thank you for your usual courtesy and cooperation.

Respectfully submitted,

TWOMEY | MAY, PLLC

By: */s/ George F. May*
George F. May
State Bar No. 24037050
George@twomeymay.com
2 Riverway, 15th Floor
Houston, Texas 77056

BEIRNE, MAYNARD & PARSONS, L.L.P.

By: */s/ N. Terry Adams, Jr.*
Thomas P. Sartwelle
State Bar No. 17656000
tsartwelle@bmpllp.com
N. Terry Adams, Jr.
State Bar No. 00874010

Telephone:(713) 659-0000
Facsimile:   (713) 201-8485

**ATTORNEYS FOR APPELLANTS /
PLAINTIFFS PAULA HILL ET. AL.**

VINSON & ELKINS LLP

By: */s/ Patrick W. Mizell*
Patrick W. Mizell
State Bar No. 14233980
pmizell@velaw.com
Stacey N. Vu
State Bar No. 24047047
svu@velaw.com
1001 Fannin Street, Suite 2500
Houston, Texas 77002-3014
Telephone:(713) 758-2932
Facsimile:   (713) 615-5912

**ATTORNEYS FOR APPELLEE /
DEFENDANT TEXAS CHILDREN'S
HOSPITAL**

tadams@bmpllp.com
Forrest J. Wynn
State Bar No. 24037750
fwynn@bmpllp.com
1300 Post Oak Blvd., Suite 2500
Houston, Texas  77056-3000
Telephone:  (713) 623-0887
Facsimile:   (713) 960-1527

**ATTORNEYS FOR APPELLEES /
DEFENDANTS BAYLOR COLLEGE OF
MEDICINE, SALWA SHENAQ, M.D.,
INDEPENDENT EXECUTOR OF THE
ESTATE OF SALEH SHENAQ, M.D.,
AND FELIX R. SHARDONOFSKY, M.D.**